```
LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAFAEL ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Of Social Security,<br><br>    Defendant. | No.  EDCV 10-517 DTB<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($2,200.00) subject to the terms of the stipulation.

DATE:  November 17, 2011

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE